**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| APPLIED CONTROLS & CONTRACTING SERVICES, INC., an Illinois corporation, individually and as the representative of a class of similarly situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:23-cv-00099<br>) |
| v. | )<br>) |
| NATIONAL ENERGY CONTROL CORPORATION, a Pennsylvania corporation, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, APPLIED CONTROLS & CONTRACTING SERVICES, INC., through its undersigned attorneys, hereby dismisses this action without prejudice.

        Respectfully submitted,

        APPLIED CONTROLS & CONTRACTING
        SERVICES, INC.

        By: */s/ Ryan M. Kelly*
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Rd., Ste. 500
        Rolling Meadows. IL 60008
        Telephone: 847-368-1500
        Fax: 847-368-1501
        rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly